JD:OG
F. #2018R01366

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 03 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

TERRENCE HOHENKIRK,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **CR 18 00401**
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(B)(ii)(II), 952(a), 960(a)(1)
and 960(b)(2)(B)(ii); T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

KUNTZ, J.

LEVY, M.J.

THE GRAND JURY CHARGES:

## COUNT ONE
(Importation of Cocaine)

1. On or about July 3, 2018, within the Eastern District of New York and elsewhere, the defendant TERRENCE HOHENKIRK, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TWO
(Possession of Cocaine with Intent to Distribute)

2. On or about July 3, 2018, within the Eastern District of New York, the defendant TERRENCE HOHENKIRK, together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2018R01366
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

TERRENCE HOHENKIRK,

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____Patrick Palmer_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

_____

*Oren Gleich, Assistant U.S. Attorney (718) 254-6569*